IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LADEDRICK DAVIS                                                                          PLAINTIFF

v.                                         Case No. 1:16-cv-1019

SHERRI RICE, *et al.*                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 2, 2016, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 22). Judge Marschewski recommends that Plaintiff LaDedrick Davis's case be dismissed without prejudice due to Plaintiff's failure to comply with the Federal Rules of Civil Procedure and failure to comply with the Court's orders.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of November, 2016.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge